1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT BARABINO,

11            Plaintiff,                No. CIV S-12-0035 GEB CKD PS

12        vs.

13   ROCKLIN CENTRAL STORAGE,

14            Defendant.          FINDINGS & RECOMMENDATIONS

15   _____/

16            By order filed January 10, 2012, plaintiff's complaint was dismissed and thirty

17   days leave to file an amended complaint was granted.  The thirty day period has now expired, and

18   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

19            IT IS HEREBY RECOMMENDED that this action be dismissed without

20   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

21            These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

23   days after being served with these findings and recommendations, plaintiff may file written

24   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

26   /////

1

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

 Dated: February 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
barabino.fta